**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LUIS MERINO-SARANGO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  26-4628** |
| | : | |
| **JAMISON,** *et al.* | : | |

# ORDER

     **AND NOW**, this 29th day of July 2026, upon considering the respondents' certification

of compliance (DI 6) of our July 8, 2026 order (DI 5), it is **ORDERED** the Clerk of Court shall

**close** this case.

 

 

 

_____
**MURPHY, J.**